IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HOME CASUAL ENTERPRISE LTD.,
ZHEJIANG HEMEI LEISURE PRODUCTS
CO., LTD., HANGZHOU VOLLY GARDEN
FURNITURE CO., LTD., and HANGZHOU
KING-REX FURNITURE INDUSTRY CO.,
LTD.,

      Plaintiffs,

v.

HOME CASUAL, LLC, DON CORNING,
ERIN CORNING, PETER HILL, KENDRA
FARLEY and PETER KNUDSEN,

      Defendants,

HOME CASUAL, LLC,

      Counterclaimant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-661-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that partial summary judgment is granted in favor of plaintiffs Home Casual Enterprise Ltd., Zhejiang Hemei Leisure Products Co., Ltd., Hangzhou Volly Garden Furniture Co. Ltd., and Hangzhou King-Rex Furniture Industry Co., Ltd. and judgment is entered against defendant Home Casual, LLC in the amount of $10,813,493.74.

I direct that this final judgment be entered pursuant to Fed. R. Civ. P. 54(b) this 19th day of November, 2012.

_____
William M. Conley, District Judge

_____
Peter Oppeneer, Clerk of Court

NOV 19 2012
_____
Date