IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HOME CASUAL ENTERPRISE LTD., ZHEJIANG HEMEI LEISURE PRODUCTS CO., LTD., HANGZHOU VOLLY GARDEN FURNITURE CO., LTD. and HANGZHOU KING-REX FURNITURE INDUSTRY CO., LTD., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> HOME CASUAL LLC, <br><br> Defendant and Counter-Claimant. | AMENDED JUDGMENT IN A CIVIL CASE <br><br> Case No. 11-cv-661-wmc |

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that partial summary judgment is granted in favor of plaintiffs Home Casual Enterprises Ltd., Zhejiang Hemei Leisure Products Co., Ltd., Hangzhou Volly Garden Furniture Co., Ltd, and Hangzhou King-Rex Furniture Industry Co., Ltd, and judgment is entered against defendant Home Casual, LLC in the amount of $10,813.493.74.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs granting there motion for sanctions against attorneys Stephen L. Morgan, Brittany S. Ogden, Erin A.West and Murphy Desmond S.C., jointly in the amount of $2,500.00 payable to plaintiffs as partial compensation of its attorney's fees and costs incurred in response to defendant's Rule 59 motion and bringing its own Rule 11 motion.

_Peter Oppeneer_     9/12/13
Peter Oppeneer, Clerk of Court     Date